# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131945

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC:  131945
                                  COA: 270710
                                  Shiawassee CC:  99-002999-FC

JOHN RONALD ESPIE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s1023

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk